**Jamiel JOHNSON, Prisoner at SCI Camp Hill, PA, Petitioner**

v.

**President Judge Sheila WOODS–SKIP-PER of Philadelphia County Common Pleas Court, Respondent**

**No. 79 EM 2017**

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of August, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DE-NIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.

**COM. EX REL. Kenneth HOLMES, Petitioner**

v.

**President Judge Sheila WOODS–SKIP-PER, Court of Common Pleas, Philadelphia County, Respondent**

**No. 77 EM 2017**

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of August, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DE-NIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.

**IN RE: Michael SABATINO, an Alleged Incapacitated Person**

**Petition of: Disability Rights Pennsylvania**

**No. 133 MAL 2017**

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of August, 2017, the Petition for Allowance of Appeal and the Petitioner's application for leave to amend its Petition for Allowance of Appeal are hereby **DENIED.**